IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-mj-01014-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSÉ RIVAS,

    Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the Government to dismiss the criminal Complaint without prejudice and to vacate the Arrest Warrant in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that the criminal Complaint in the above-captioned case is dismissed without prejudice and the Arrest Warrant is vacated.

SO ORDERED this 27th day of February, 2012.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO
(Michael J Watanabe)